UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Edward Burns,

Plaintiff,

v.

Hy-Vee, Inc.,

Defendant.

Civil No. 02-254 JRT/FLN

**ORDER**

---

Stephan L. Smith, Esq., for Plaintiff.
Jeffery J. Lindquist, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on October 15, 2002, on Plaintiff's Motion to Compel Production of Documents [#8].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Compel Production of Documents [#8] is **GRANTED**, as follows:

   a. Defendant shall supplement its answers to Plaintiff's Interrogatories Nos. 12 and 17, and produce documents responsive to Document Request No. 13 on or before October 25, 2002;

   b. Information disclosed in response to this Order is subject to a Protective Order, the terms of which shall be agreed to by the parties.

DATED: Oct 25, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____