/

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

---

**Edwards Burns,** **Civil File No. 02-254 JRT/FLN**

**Plaintiff,**

**vs.**

**Hy-Vee, Inc.,**

**Defendant.**

---

## ORDER AMENDING PRETRIAL SCHEDULE

---

**WHEREAS**, the Parties have Stipulated to a modification of the Pretrial Schedule regarding filing of dispositive motions; and

**WHEREAS**, the Court, being fully informed in the premises, finds good cause for the requested modification;

**NOW, THEREFORE**, it is hereby **ORDERED** that:

1. The parties joint request and motion for modification of the Pretrial Schedule is hereby **GRANTED**;

2. Paragraph 3a of the Pretrial Schedule is **AMENDED** to require completion of briefing and filing of dispositive motions on or before January 27, 2003.

12/31/02

**SO ORDERED BY:**

Franklin L. Noel

Hon. Franklin L. Noel
United States Magistrate Judge

FILED DEC 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ____
DEPUTY CLERK ____